## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| **DARLENE SANTIAGO-DOTSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:24-cv-02124-HLT-ADM |
| ) | |
| **THE UNIVERSITY OF KANSAS** ) | |
| **d/b/a THE UNIVERSITY OF** ) | |
| **KANSAS MEDICAL CENTER,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT MOTION TO REDACT AND SEAL

Plaintiff Darlene Santiago-Dotson ("Plaintiff") and Defendant the University of Kansas Medical Center ("Defendant") (the "parties"), through undersigned counsel, respectfully submit their Joint Motion to Redact and Seal an additional filing that was not addressed in the Court's October 31, 2024 Memorandum and Order (Doc. 29). In support of this Joint Motion to Redact and Seal, the parties state as follows:

1. On September 18, 2024, Defendant filed its Motion to Strike Portions of Plaintiff's Second Amended Complaint. (Doc. 16.)

2. On October 15, 2024, Plaintiff filed her Memorandum in Opposition. (Doc. 20.)

3. On October 31, 2024, the Court issued its Memorandum and Order on Defendant's Motion to Strike Portions of Plaintiff's Second Amended Complaint ("Order"). (Doc. 29.)

4. The Order directed Plaintiff to "file a redacted version of her Second Amended Complaint that redacts the allegedly privileged communications included in Paragraph 64 and the entirety of Paragraphs 58-63 and 65." (*Id*. at p. 9.) It further directed Plaintiff to "do the same with respect to the original and first amended complaints." (*Id*.)

5. The Order directed Defendant to "do the same with respect to its answers to the

first amended complaint and Second Amended Complaint." (*Id.*)

6. Finally, the Order directed the parties to "contact the clerk's office to coordinate filing these documents in such a way that they replace the original filings in the public record, but the original filings are preserved under seal." (*Id.*)

7. Subsequently, the parties realized that paragraphs 16-22 of Plaintiff's Memorandum in Opposition (Doc. 20, at p. 4) repeat the same communications the Court directed to be redacted in its October 31, 2024 Order.

8. On November 7, 2024, the parties raised this issue during their Scheduling Conference with the Court. The Court advised the parties to file a joint motion addressing the communications contained in Plaintiff's Memorandum in Opposition.

9. Accordingly, and consistent with the Court's October 31, 2024 Order, the parties jointly request the Court direct Plaintiff to file a redacted version of Plaintiff's Memorandum in Opposition (Doc. 20) that redacts the allegedly privileged communications in Paragraphs 16-22 and to contact the clerk's office to coordinate filing in such a way that the redacted version replaces the original filing in the public record, but the original filing is preserved under seal.

10. The parties agree that any claim or objection based on attorney-client privilege regarding the communications in Paragraphs 16-22 of Plaintiff's Memorandum in Opposition (Doc. 20, at p. 4) will not be deemed waived by the filing of this motion.

WHEREFORE, the parties respectfully request the Court grant their Joint Motion to Redact and Seal, and for such other relief the Court deems just and proper.

Respectfully submitted,

*/s/ Kirk D. Holman*
*(signed with permission)*
Kirk D. Holman, KS #19558
Aiman Dvorak, D. Kan. #78873
**HOLMAN SCHIAVONE, LLC**
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone: (816) 283-8738
Facsimile: (816) 283-8739
Email: kholman@hslawllc.com
advorak@hslawllc.com

*/s/ Andrew H. McCue*
*(signed with permission)*
Andrew H. McCue, KS #25317
**The Accurso Law Firm**
4646 Roanoke Parkway
Kansas City, Missouri 64112
Telephone: (816) 561-3900
Facsimile: (816) 561-2992
amccue@accursolaw.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Daniel O. Ramón*
Kimberly A. Jones, KS Bar #16684
Daniel O. Ramón, KS Bar #78699
**SEYFERTH BLUMENTHAL & HARRIS LLC**
4801 Main Street, Suite 300
Kansas City, Missouri 64112
Telephone: (816) 756-0700
Facsimile: (816) 756-3700
Email: kim@sbhlaw.com
danny@sbhlaw.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the following:

Kirk D. Holman, KS #19558
Aiman Dvorak, KS #78873
**Holman Schiavone, LLC**
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone: (816) 283-8738
Facsimile: (816) 283-8739
kholman@hslawllc.com
advorak@hslawllc.com

and

Andrew H. McCue, KS #25317
**The Accurso Law Firm**
4646 Roanoke Parkway
Kansas City, Missouri 64112
Telephone: (816) 561-3900
Facsimile: (816) 561-2992
amccue@accursolaw.com

**Attorneys for Plaintiff**

　　　　　　　　　　　　　　　　　　　　　*/s/ Daniel O. Ramón*
　　　　　　　　　　　　　　　　　　　　　***Attorney for Defendant***

4