IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| DARLENE SANTIAGO-DOTSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-02124-HLT-ADM |
| | ) | |
| THE UNIVERSITY OF KANSAS | ) | |
| d/b/a THE UNIVERSITY OF | ) | |
| KANSAS MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE TO TAKE VIDEOTAPED DEPOSITION
OF DAVID VRANICAR

You are hereby notified that the plaintiff in the above-captioned cause will take the videotaped deposition of **DAVID VRANICAR** pursuant to Fed. R. Civ. P. 30 on April 17, 2025, at 9:30 a.m. CST, at **SEYFERTH BLUMENTHAL & HARRIS LLC**, 4801 Main Street, Suite 310, Kansas City, Missouri 64112. The deposition will be videotaped by TBC Video, 415 SE Douglas St, Suite A, Lee's Summit, MO 64063.

HOLMAN SCHIAVONE, LLC

s/ Kirk D. Holman
Kirk D. Holman Ks #19558
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Office: 816.283.8738
Fax:  816.283.8739
Email: kholman@hslawllc.com


Andrew H. McCue KS#25317
The Accurso Law Firm
4646 Roanoke Parkway
Kansas City, Missouri 64112
Telephone: 816-561-3900

1

Facsimile: 816-561-2992
Email: amccue@accursolaw.com

ATTORNEYS FOR PLAINTIFF

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 28, 2025, the foregoing was electronically filed with the Court using the CM/ECF system, which served a true copy of the foregoing to all counsel of record in this matter.

                                             /s/ Kirk D. Holman
                                             **ATTORNEY FOR PLAINTIFF**